## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OM P. ARORA and URMILA ARORA, | ) | Bankruptcy No. 15 B 40853 |
| | ) | |
| Debtors. | ) | Honorable Pamela S. Hollis |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on **November 15, 2018** at **10:00 a.m.**, the undersigned shall appear before the Honorable Pamela S. Hollis in Courtroom 644, or whomever may be sitting in her place and stead, at the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and will then and there present the **First and Final Fee Application of Trustee's Special Counsel**, a copy of which is attached hereto and herewith served upon you.

Dated:  October 25, 2018

Respectfully submitted,

**CLARK HILL PLC**

By: /s/ Scott N. Schreiber_____
One of Its Members

Scott N. Schreiber (ARDC No. 6191042)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T: (312) 985-5900 | F: (312) 985-5999
sschreiber@clarkhill.com

220466521.1 55712/308013

Form G-8

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re

OM P. ARORA and URMILA ARORA,                )
                                             )
                                             )     Bankruptcy No. _____15-40853_____
                                             )
                          Debtor.            )     Chapter _____7_____
                                                   Honorable Pamela S. Hollis

### COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
### (IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: __CLARK HILL PLC, Trustee's Special Counsel__

Authorized to Provide Professional Services to: __Trustee__

Date of Order Authorizing Employment: __October 18, 2016__

Period for Which Compensation is Sought:
From _____October 18_, _2016____   through _____July 19_, _2018__

Amount of Fees Sought: __$ 50,000.00__

Amount of Expense Reimbursement Sought: __$ 656.17__

This is an:      Interim Application _____        Final Application __✔__

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| Not Applicable | | | | |

### CLARK HILL PLC

Dated: _____October 25, 2018_____     By: __/s/ Scott N. Schreiber__
                                                          (Counsel)

(Rev 11/19/10)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| OM P. ARORA AND URMILA ARORA, | ) | Case No. 15-40853 |
| | ) | |
| Debtors. | ) | Honorable Pamela S. Hollis |

### FIRST AND FINAL FEE APPLICATION OF TRUSTEE'S SPECIAL COUNSEL

Scott N. Schreiber and Clark Hill PLC ("**Clark Hill**") move this Court for the entry of an order pursuant to 11 USC section 330 awarding final fees and reimbursement of expenses for services provided to David L. Leibowitz, Trustee ("**Trustee**") and in support thereof, states as follows:

### Summary

1.      As a result of Clark Hill's services, the Trustee obtained a summary judgment on his claim against the Debtors' daughter and avoided a mortgage in her favor.  The Trustee's judgment against the Debtors' daughter was then settled when the Debtor's daughter paid the Trustee $110,000.  By this motion, Clark Hill seeks an order allowing its legal fees ($50,000), reimbursement of its expenses ($656.17) and an order authorizing the Trustee to pay Clark Hill such amounts.

### Procedural History

2.      Eight months before they filed for bankruptcy, the Debtors granted their daughter, Tina Arora, ("**Tina**") a junior mortgage ("**Mortgage**") in their home to secure repayment of a series of loans that Tina allegedly made to the Debtors approximately 14 years earlier.  The Trustee filed a complaint to avoid the Mortgage as a preferential transfer or alternatively a fraudulent conveyance ("**Fraudulent Transfer Action**").  During discovery, Tina's counsel, in concert with the Debtors' counsel, walked out of a deposition without warning, while a question

was pending.  Clark Hill sought and obtained an order against those counsel as a result of their conduct ("**Sanctions Order**") [Doc. #63].[1]  Tina counsel and the Debtors' counsel appealed the Sanction Order and ultimately the District Court dismissed the appeal.  Clark Hill then moved for summary judgment against Tina.  That motion was unopposed and was granted by this Court [Doc. #112, Adversary 16-326].  With input from Clark Hill, the summary judgment was ultimately settled by Tina paying the Trustee $110,000 to the Trustee for his interest in the Mortgage, which amounts the Trustee has now received.

### Services Provided To The Trustee

3.      On October 18, 2016, this Court entered an order authorizing the Trustee to retain Scott Schrieber and Clark Hill as Special counsel in connection with the Fraudulent Transfer Action. [Doc. #65].  All of the services render to the Trustee have been in connection with the Fraudulent Transfer Action.

4.      In connection therewith, Clark Hill sought and reviewed numerous documents, deposed Tina and the Debtors, engaged in extensive motion practice to obtain the Debtors and Tina's compliance with discovery, pursued a motion for sanctions after the Debtors' and Tina's counsel walked out in the middle of a deposition, analyzed the Debtors bankruptcy schedules (which were amended three times during the course of the Fraudulent Transfer Action), attended hearings before both this Court and the District Court, and prepared a motion for summary judgement which was ultimately dispositive of the Fraudulent Transfer Action. Clark Hill's services to the Trustee are more fully described on Attached Exhibit A.

5.      The hourly rates charged by Clark Hill during the relevant time period covered by this application range between $365.00 - $550.00.

---

[1] By separate motion, Clark Hill is also asking that the Court to enter an order authorizing the Trustee to pay Clark Hill $3,349.00 representing Mr. Everest's obligations under the Sanctions Order.  The Sanctions Order is final as to Mr. Everest, however, Mr. Benjamin has renewed his appeal of that order.

2

6.      Although the value of the undiscounted hourly time invested by Clark Hill aggregated $127,079.00, as a professional accommodation, Clark Hill has agreed to limit its fee request to $50,000.00 for its legal services in connection to the Fraudulent Transfer Action plus $656.17 as reimbursement of expenses.  The following Chart summarizes the fees incurred by Clark Hill in connection with the Fraudulent Transfer Action:

| | | | | | |
|---|---|---|---|---|---|
| Scott N. Schreiber | 3.70 | hours at | $0.00 | = | $0.00 |
| Scott N. Schreiber | 5.60 | hours at | $550.00 | = | $3,080.00 |
| Scott N. Schreiber | 39.60 | hours at | $560.00 | = | $22,176.00 |
| Scott N. Schreiber | 44.00 | hours at | $580.00 | = | $25,520.00 |
| Pamela J. Leichtling | 21.50 | hours at | $385.00 | = | $8,277.50 |
| Candace Clark | 2.30 | hours at | $365.00 | = | $839.50 |
| Candace Clark | 162.30 | hours at | $385.00 | = | $62,485.50 |
| Candace Clark | 11.90 | hours at | $395.00 | = | $4,700.50 |

7.      Clark Hill is requesting reimbursement of expenses of $656.17 consisting of expenses incurred by Clark Hill in connection to the Fraudulent Transfer Action.  A summary of the expenses is below:

| | |
|---|---|
| Court Reporting / Transcript Fee | $150.00 |
| Filing Fees | $110.00 |
| Recording Fee | $161.00 |
| Service of Subpoena | $150.00 |
| Courier Service – Walking | $14.00 |
| Express Mail Services | $36.17 |
| Court Call Conference | $35.00 |
| Total Expenses: | $656.17 |

8.      Clark Hill's services provided a substantial benefit to the estate. As a result of its services, the Trustee was able to avoid the Mortgage and was ultimately able to sell his interest in the Mortgage to Tina for $110,000. Accordingly, the Trustee and Clark Hill concur that the fees are reasonable compensation for actual and necessary services based on the time, nature, extent and value of services provided.

3

9.      Clark Hill has provided 21 day notice of this motion to all parties in interest in accordance with Fed. R. Bank. P. 2002(a)(6).

10.      The Trustee is holding funds sufficient to pay this final fee application.

WHEREFORE, Scott N. Schrieber and Clark Hill request that that this Court enter an order(s): allowing final compensation to Clark Hill for $50,000 for its services in the Fraudulent Transfer Action; (b) allowing reimbursement of expenses to Clark Hill in the amount of $656.17; (c) authorizing the Trustee to pay Clark Hill's allowed fees and expenses in connection to services rendered to the Trustee in the Fraudulent Conveyance Action; and (d) such other and further relief as this Court deems appropriate under the circumstances.

Dated:  October 25, 2018                                           Respectfully submitted,

                                                                **CLARK HILL PLC**


                                                     By: /s/ Scott N. Schreiber, Esq.
                                                        One of its Members


Scott N. Schreiber (ARDC No. 6191042)
CLARK HILL PLC
130 East Randolph Street | Suite 3900
Chicago, Illinois 60601
T:  (312) 985-5900 | F:  (312) 985-5999
sschreiber@clarkhill.com

4

# EXHIBIT A

# CLARK HILL

*P.L.C.*

### ATTORNEYS AT LAW

130 East Randolph Street, Suite 3900
Chicago, Illinois 60601-6317
Telephone (312) 985-5900
Fed.ID # 38-0425840

### INVOICE

Invoice #   ******

David P. Leibowitz
53 W. Jackson Boulevard
Suite 1610
Chicago, IL 60604

August 30, 2018
Client:   55712
Matter:  308013

================================================================

RE:  Leibowitz v. Arora

FOR SERVICES RENDERED through July 31, 2018

    Total Services:                                $127,079.00

FOR EXPENSES INCURRED OR ADVANCED:

| | |
|---|---:|
| Court Reporting/Transcript Fee | $150.00 |
| Filing Fees | $110.00 |
| Recording Fee | $161.00 |
| Service of Subpoena | $150.00 |
| Courier Service - walking | $14.00 |
| Express Mail Services | $36.17 |
| CourtCall Conference | $35.00 |

    Total Expenses:                                 $656.17

INVOICE TOTAL                                      $127,735.17

TOTAL AMOUNT DUE                                   $127,735.17
                                                   ===========

PAYABLE UPON RECEIPT IN U.S. DOLLARS

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page   2

## DETAILED DESCRIPTION OF SERVICES

| | | | |
|---|---|---|---|
| 08/31/16 | SNS | Telephone conference with D. Leibowitz regarding matter (0.3); review docket (0.3); review bankruptcy schedules and adversary docket (0.2); telephone conference with U.S. Bank attorney (0.2). | 1.00 |
| 09/01/16 | SNS | Review file and mortgage. | 2.00 |
| 09/09/16 | SNS | Telephone conference with D. Leibowitz regarding 2014 affidavit (0.1); conference with C. Clark regarding same (0.1). | .20 |
| 09/12/16 | SNS | Review and revise 2014 affidavit (0.4); correspondence to D. Leibowitz (0.1). | .50 |
| 09/16/16 | SNS | Review docket and motion to dismiss by US trustee. | .10 |
| 09/19/16 | SNS | Review docket regarding answer (0.2); correspondence to D. Leibowitz (0.1). | .30 |
| 10/06/16 | SNS | Review motion to dismiss (0.3); research regarding Rule 56 on motion to dismiss (0.3); correspondence to D. Leibowitz regarding procedural thoughts (0.2); lengthy telephone conference with D. Leibowitz regarding strategies for court (0.4). | 1.20 |
| 10/24/16 | CCC | Review filings and deadline regarding motion to file amended answer. | .30 |
| 12/05/16 | SNS | Review pleadings and correspondence from D. Leibowitz. | .10 |
| 12/15/16 | SNS | Review correspondence regarding 12, 15, and 16 hearing (0.1); correspondence with D. Leibowitz regarding next steps (0.1). | .20 |
| 12/20/16 | CCC | Review and analyze case pleadings, including complaint, answer, and other filings by debtors. | 2.00 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page   3

| | | | |
|---|---|---|---|
| 01/09/17 | CCC | Conference with S. Schreiber regarding preparation of affirmative discovery requests. | .20 |
| 01/11/17 | CCC | Prepare draft of affirmative discovery requests for client review (2.0); circulate same (0.1). | 2.10 |
| 01/11/17 | CCC | Research initial disclosure requirements under Federal Rules of Bankruptcy Procedure (0.3); respond to email from S. Schreiber regarding same (0.2). | .50 |
| 01/13/17 | CCC | Review case file regarding pretrial matters (0.2); send email to S. Schreiber regarding same (0.1). | .30 |
| 01/15/17 | SNS | Correspondence regarding discovery issues and Rule 26 compliance. | .20 |
| 01/17/17 | SNS | Conference with C. Clark regarding discovery. | .20 |
| 01/17/17 | CCC | Review Judge Hollis's standing orders and procedures regarding pretrial matters. | .20 |
| 01/18/17 | CCC | Review requirements under Rule 26 for initial disclosures, discovery, and conferencing (0.3); send email to opposing counsel (0.3). | .60 |
| 01/20/17 | CCC | Send email to opposing counsel regarding Rule 26(f) conference (0.2); telephone call with opposing counsel regarding same (0.1). | .30 |
| 01/20/17 | CCC | Review and respond to email from client regarding status of Rule 26 disclosures and related matters. | .20 |
| 01/25/17 | SNS | Review complaint, docket, and prior pleadings (0.5); prepare for Rule 26(f) conference (0.3); attend Rule 26(f) conference (0.4); lengthy conversation with D. Leibowitz regarding Rule 26(f) conference (0.4). | 1.60 |
| 01/25/17 | CCC | Discussion with S. Schreiber in preparation for Rule 26(f) conference with opposing counsel (0.2); telephone conference with opposing counsel (0.2); telephone conference with client and US trustees (0.4). | .80 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page   4

| Date | | Description | Hours |
|------|--|-------------|------:|
| 01/26/17 | SNS | Prepare for and attend hearing on trustee and US trustee's motions to extend date to object to discharge (1.1); brief meeting with trustee's counsel (0.2); review opinion regarding suits against defendant's counsel (NC). | 1.30 |
| 01/27/17 | SNS | Telephone conference with bank's lawyer regarding status of upcoming deadlines and defendant's pleadings. | .30 |
| 01/29/17 | CCC | Prepare letter to opposing counsel regarding Rule 26(f) conference. | .80 |
| 01/30/17 | SNS | Review and revise Rule 26(f) letter. | .40 |
| 01/30/17 | CCC | Prepare initial disclosures; proposed discovery plan. | 1.00 |
| 01/30/17 | CCC | Review and revise letter to opposing counsel regarding FRCP 26(f) conference (0.2); draft initial disclosures and discovery plan and circulate same to client for review and approval (0.1). | .30 |
| 01/31/17 | SNS | Finalize letter to A. Everest. | .20 |
| 01/31/17 | CCC | Review and finalize letter to opposing counsel regarding FRCP 26(f) conference (0.3); FRCP 26(a)(1) initial disclosures and proposed discovery plan (0.8). | 1.10 |
| 02/13/17 | CCC | Send email to opposing counsel regarding initial disclosures of the defendant and proposed discovery plan. | .30 |
| 02/14/17 | CCC | Prepare hard copy letter to opposing counsel regarding production of initial disclosures and proposed discovery plan. | .20 |
| 02/22/17 | SNS | Telephone conference with C. Clark regarding Thursday's hearing, discovery, claim objection, and status. | .30 |
| 02/22/17 | CCC | Prepare for status hearing by reviewing docket, related pleadings, and communications with opposing counsel (2.3); conference with S. Schreiber and client regarding same (0.3). | 2.60 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page   5

| | | | |
|---|---|---|---|
| 02/23/17 | CCC | Review initial disclosures and proposed discovery plan provided to opposing counsel (0.6); prepare revised discovery plan (0.8); review authority under 11 U.S.C. 105 for entry of an order to set bar date for claim objection (0.6); prepare argument relating to case status and basis for setting bar date (0.6); attend status hearing (1.8). | 4.40 |
| 02/27/17 | SNS | Conference with C. Clark regarding discovery and status and objection to claim. | .20 |
| 02/27/17 | CCC | Conference with S. Schreiber regarding case status following status hearing, developments, and next steps. | .20 |
| 03/07/17 | CCC | Review objection to claim of U.S. Bank filed by debtors. | .20 |
| 05/11/17 | SNS | Review docket and correspondence regarding allowance of U.S. Bank claim (0.1); check status of discovery, review file, review docket, and draft correspondence to D. Liebowitz regarding next steps (0.2). | .30 |
| 05/11/17 | CCC | Review email from D. Leibowitz's office regarding outcome of status hearing and claim objection. | .10 |
| 05/23/17 | SNS | Conference with C. Clark regarding strategy with A. Everest on Thursday's hearing (0.1); review and revise scheduling order (0.1). | .20 |
| 05/23/17 | CCC | Conference with opposing counsel regarding proposed scheduling order and status hearing (0.2); discuss same with J. Shorer and S. Schreiber (0.2). | .40 |
| 05/24/17 | SNS | Review docket (0.1); correspondence to D. Liebowitz regarding May 25, 2017 hearing (0.1). | .20 |
| 05/25/17 | SNS | Prepare for and attend status hearing. | 2.00 |
| 05/25/17 | CCC | Prepare for hearing on case status (0.4): review claim objection and related pleadings, docket entry regarding order, and previous correspondence with opposing counsel (0.3). | .70 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page   6

| | | | |
|---|---|---|---|
| 05/30/17 | SNS | Conference with C. Clark regarding strategy with A. Everest on Thursday's hearing (0.1); review and revise scheduling order (0.1). | .20 |
| 05/30/17 | CCC | Prepare written discovery requests. | 2.00 |
| 05/31/17 | SNS | Review docket (0.1); correspondence to D. Leibowitz regarding May 25, 2017 hearing (0.1). | .20 |
| 05/31/17 | CCC | Prepare written discovery requests. | .60 |
| 06/07/17 | CCC | Review drafts of written discovery directed to defendant and circulate to client for approval. | .50 |
| 06/09/17 | SNS | Review and revise discovery (0.6); correspondence to D. Leibowitz (0.2). | .80 |
| 06/09/17 | CCC | Prepare transmittal letter and final copies of discovery requests to send to opposing counsel. | .60 |
| 06/09/17 | CCC | Revise written discovery requests. | 1.10 |
| 06/16/17 | CCC | Review email from client regarding additional document production (0.1); review documents (0.4). | .50 |
| 07/11/17 | SNS | Review of correspondence to A. Everest and conference with C. Clark regarding same. | .10 |
| 07/11/17 | CCC | Prepare letter to opposing counsel regarding non-response to requests for discovery. | .70 |
| 07/17/17 | CCC | Review trustee's first set of requests for admission (0.4); identify basis for motion to deem requests admitted (0.3). | .70 |
| 07/20/17 | SNS | Conference with C. Clark regarding existence of any docket entries pertaining to responses to discovery. | .10 |
| 07/20/17 | CCC | Review case filed and docket to confirm non-response to discovery requests (0.1); conference with S. Schreiber on approach for discovery (0.1). | .20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page   7

| 07/24/17 | SNS | Conference with C. Clark regarding strategies (0.1); review federal rule of civil procedure 36(b) regarding burden of proof on admissions (0.3); follow up conference with C. Clark regarding discovery (0.1). | .50 |
|---|---|---|---|
| 07/24/17 | CCC | Conference with S. Schreiber regarding discovery issues. | .40 |
| 07/24/17 | CCC | Attempt consultation with opposing counsel regarding discovery issues (0.4); draft email regarding same (0.4); discuss matter with S. Schreiber (0.2). | 1.00 |
| 07/26/17 | CCC | Prepare notices of deposition and related subpoenas to command appearance and production of documents. | 2.30 |
| 07/27/17 | CCC | Review and respond to email from client regarding opposing counsel discovery consultation. | .20 |
| 07/31/17 | CCC | Research authority and procedure for motion to compel production (?.?); prepare motion to compel production (?.?). | 4.10 |
| 08/01/17 | SNS | Conference with C. Clark regarding discovery (0.1); review and revise motion to compel compliance with discovery (0.4). | .50 |
| 08/02/17 | SNS | Conference with C. Clark regarding motion; review and revise discovery. | .10 |
| 08/02/17 | CCC | Finalize motion to compel disclosure and discovery responses. | 1.70 |
| 08/07/17 | CCC | Prepare for hearing on motion to compel disclosure and discovery responses. | .30 |
| 08/08/17 | CCC | Further attempt to communicate with opposing counsel in advance of hearing on motion to compel and send email regarding same. | .40 |
| 08/08/17 | CCC | Prepare for hearing on motion to compel disclosure and discovery responses. | .70 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page   8

| | | | |
|---|---|---|---|
| 08/09/17 | CCC | Prepare for hearing on motion to compel disclosure and discovery responses (0.2); confer with S. Schreiber regarding same (0.2). | .40 |
| 08/10/17 | SNS | Attend court hearing on discovery motion. | 1.50 |
| 08/10/17 | CCC | Attend hearing on motion to compel disclosure and discovery responses. | 1.50 |
| 08/10/17 | CCC | Send email to client regarding outcome of hearing on motion to compel dislosure and discovery responses. | .20 |
| 08/10/17 | CCC | Prepare for hearing on motion to compel disclosure and discovery responses. | .20 |
| 08/11/17 | SNS | Strategy conference with C. Clark regarding discovery and trial preparations (0.8); review cases regarding shifting burden for insider fraud under badges of fraud (0.7). | 1.50 |
| 08/11/17 | CCC | Research issues relating to fraudulent transfers and preferential transfer (1.5); confer with S. Schreiber regarding litigation strategy (0.8). | 2.30 |
| 08/14/17 | SNS | Review 7th Circuit case on badges of fraud. | .30 |
| 08/14/17 | SNS | Review rule regarding subpoena (0.2); conference with C. Clark regarding service of subpoenas and depositions (0.2). | .40 |
| 08/14/17 | CCC | Send email to client regarding debtors' documentation and production of same. | .10 |
| 08/14/17 | CCC | Research non-bankruptcy cases involving debtors and obtain related documents. | .40 |
| 08/14/17 | CCC | Conference with counsel for U.S. Bank regarding debtors' documentation. | .20 |
| 08/14/17 | CCC | Conference with debtors' counsel regarding appearance at depositions and production of documents. | .20 |
| 08/14/17 | CCC | Send email to opposing counsel regarding discovery responses. | .10 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page   9

| | | | |
|---|---|---|---|
| 08/14/17 | CCC | Prepare deposition outlines for debtors and defendant. | 1.20 |
| 08/14/17 | CCC | Research applicability of Rule 37 sanctions for violation of discovery order. | .60 |
| 08/15/17 | SNS | Conference with C. Clark regarding strategy and sanctions motion. | .60 |
| 08/15/17 | CCC | Review and respond to email from debtors' counsel regarding rescheduling depositions. | .50 |
| 08/15/17 | CCC | Conference regarding discovery issues and strategy. | .80 |
| 08/15/17 | CCC | Conference with counsel for U.S. Bank regarding document discovery. | .30 |
| 08/15/17 | CCC | Prepare outlines for depositions of debtors and defendant. | 2.50 |
| 08/16/17 | SNS | Two telephone conferences with K. Benjamin and call with A. Everest  regarding upcoming depositions of debtor T. Arora (0.3); meet with debtor to reschedule deposition (0.1); telephone conference with K. Benjamin regarding his client's presence and inquiring whether deposition was going to proceed (0.3); prepare for deposition of debtors (0.6); attend deposition to make record (0.3). | 1.60 |
| 08/16/17 | SNS | Review deposition script for T. Arora's deposition of August 17, 2017 and conference with C. Clark regarding same. | .10 |
| 08/16/17 | CCC | Prepare and make record for depositions for non-appearance of counsel (0.5); confer with S. Schreiber regarding same (0.4). | .90 |
| 08/16/17 | CCC | Prepare and serve notices of continued depositions of debtors. | .50 |
| 08/16/17 | CCC | Prepare email response to opposing counsel regarding continued deposition and request for confirmation of defendant's deposition. | .50 |
| 08/16/17 | CCC | Telephone call with opposing counsel regarding continued depositions. | .20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  10

| | | | |
|---|---|---|---|
| 08/16/17 | CCC | Prepare for deposition of T. Arora. | 1.00 |
| 08/16/17 | CCC | Telephone call with opposing counsel regarding document production. | .20 |
| 08/16/17 | CCC | Revise outline for deposition of T. Arora. | 1.20 |
| 08/17/17 | SNS | Review documents for deposition. | .60 |
| 08/17/17 | CCC | Review documents produced by defendant (1.0); revise deposition outline (1.5). | 2.50 |
| 08/17/17 | CCC | Depose defendant T. Arora. | 2.50 |
| 08/17/17 | CCC | Conduct legal research regarding fraudulent transfers. | 1.20 |
| 08/18/17 | SNS | Correspondence with counsel for U.S. Bank regarding claim filed in T. Arora's bankruptcy case. | .10 |
| 08/21/17 | CCC | Research authority on service and delivery, as well as validity of self-service kiosk. | .40 |
| 08/21/17 | CCC | Send email to debtors' counsel regarding failure to produce documents. | .30 |
| 08/21/17 | CCC | Review and respond to email from debtors' counsel regarding document production. | .30 |
| 08/21/17 | CCC | Prepare outlines for depositions of debtors and defendant. | 2.40 |
| 08/23/17 | SNS | Conference with C. Clark regarding trial strategy. | 1.30 |
| 08/23/17 | CCC | Prepare notice of continued deposition of T. Arora. | .30 |
| 08/23/17 | CCC | Telephone call with client regarding depositions and related discovery issues. | .70 |
| 08/23/17 | CCC | Conference with S. Schreiber regarding trial strategy. | 1.30 |
| 08/24/17 | SNS | Review financial statements from secured lender's attorney. | .20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  11

| | | | |
|---|---|---|---|
| 08/24/17 | CCC | Review documents in preparation for debtors' depositions. | .10 |
| 08/25/17 | CCC | Review transcript of T. Arora's deposition. | 1.30 |
| 08/25/17 | CCC | Review relevant authority on fraudulent transfers. | 1.40 |
| 08/28/17 | SNS | Review transcript (0.3); conference with C. Clark regarding whether we should recall T. Arora for deposition and prepare for debtor's deposition (0.4); research and correspondence regarding filing amended complaint (0.2); conference with C. Clark regarding amending the complaint and establishing insolvency through the debtor's deposition (0.4). | 1.30 |
| 08/28/17 | SNS | Review proposed correspondence from C. Clark to D. Leibowitz regarding amending the complaint; correspondence to C. Clark regarding establishing insolvency. | .30 |
| 08/28/17 | CCC | Prepare email to client regarding amendment to complaint. | .40 |
| 08/28/17 | CCC | Review transcript for 341 meeting of creditors. | .70 |
| 08/29/17 | SNS | Conference with C. Clark regarding her deposition questions and review same. | .50 |
| 08/29/17 | SNS | Attend the deposition of debtors. | 3.50 |
| 08/29/17 | CCC | Review deposition outline and prepare for deposition of debtors. | .70 |
| 08/29/17 | CCC | Take deposition of O. Arora. | 3.70 |
| 08/29/17 | CCC | Prepare deposition outline and exhibits (3.1); conference with S. Schreiber regarding same (0.5). | 3.60 |
| 08/30/17 | SNS | Conference with C. Clark regarding the sanctions and deposition conduct. | .40 |
| 08/30/17 | CCC | Send emails to opposing counsel regarding depositions. | .30 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  12

08/30/17 CCC Review documents produced at deposition (0.9);     1.30
             send email regarding deposition exhibits to
             counsel (0.1); discuss exhibits with court
             reporter (0.3).

08/30/17 CCC Research authority for motion for sanctions.       1.60

08/30/17 CCC Conference with S. Schreiber regarding the          .40
             sanctions and deposition conduct.

08/31/17 SNS Review transcript of deposition of O. Arora.        .60

08/31/17 CCC Draft motion for sanctions against A. Everest      8.30
             and K. Benjamin for deposition conduct (7.3);
             conference with S. Schreiber regarding
             preparation of motion for sanctions (1.0).

09/01/17 SNS Review and revise motion for sanctions (3.2);      7.00
             telephone conference with D. Leibowitz (0.3);
             conferences throughout the day with C. Clark
             regarding revisions (1.0); study transcript
             (2.5).

09/01/17 CCC Review and revise motion for sanctions against    5.50
             A. Everest and K. Benjamin for deposition
             conduct.

09/01/17 CCC Call with client regarding motion for              .20
             sanctions against A. Everest and K. Benjamin
             for deposition conduct.

09/01/17 CCC Review and revise motion for sanctions against    1.80
             A. Everest and K. Benjamin for deposition
             conduct.

09/05/17 CCC Review filed motion for sanctions against A.        .20
             Everest and K. Benjamin for deposition
             conduct.

09/05/17 CCC Conference with S. Schreiber regarding motion       .20
             for sanctions and related case matters.

09/07/17 SNS Telephone conference and D. Leibowitz regarding     .20
             motion for sanctions and recent case that could
             affect U.S. Bank's claim.

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  13

| | | | |
|---|---|---|---|
| 09/07/17 | CCC | Review email from S. Schreiber regarding recent published case relating to mortgage foreclosure; read and evaluate case. | .80 |
| 09/08/17 | CCC | Prepare amended motion for sanctions against A. Everest and K. Benjamin for deposition conduct and related documents. | 2.70 |
| 09/13/17 | SNS | Conference with C. Clark regarding sanctions motion set for hearing on Thursday (.2); prepare for hearing (.2); correspondence with D. Leibowitz regarding the hearing (.1). | .50 |
| 09/13/17 | CCC | Prepare for presentment of motion for sanctions against A. Everest and K. Benjamin for deposition conduct. | 1.10 |
| 09/14/17 | SNS | Conference with C. Clark (0.4); prepare for hearing on sanctions notice (0.2); review transcript and documents and follow up after hearing (0.7). | 1.30 |
| 09/14/17 | CCC | Review motion for sanctions against A. Everest and K. Benjamin for deposition conduct and exhibits to prepare arguments for motion presentment. | 1.50 |
| 09/14/17 | CCC | Prepare for hearing (0.4); appear at presentment of motion for sanctions against A. Everest and K. Benjamin for deposition conduct (1.4). | 1.80 |
| 09/14/17 | CCC | Discuss case strategy and next steps for prosecution with S. Schreiber. | .40 |
| 09/14/17 | CCC | Prepare demand letter K. Benjamin for production of documents by debtors. | .40 |
| 09/14/17 | CCC | Client telephone call to discuss hearing on sanctions motion. | .20 |
| 09/15/17 | SNS | Conference with C. Clark regarding her call from A. Everest, potential sanctions threat, and rules review of notice of deposition. | .30 |
| 09/15/17 | SNS | Conference with C. Clark regarding debtors' production of documents. | .30 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page 14

| | | | |
|---|---|---|---|
| 09/15/17 | CCC | Conference with S. Schreiber regarding call from A. Everest (0.1); prepare email response to A. Everest's request for discussion regarding courtroom representations (0.4). | .50 |
| 09/15/17 | CCC | Review deposition transcript of O. Arora and prepare demand letter to K. Benjamin for production of documents. | 1.00 |
| 09/15/17 | CCC | Review and respond to email from counsel to U.S. Bank regarding hearing on sanctions motion. | .40 |
| 09/15/17 | CCC | Review and respond to emails from client regarding communications with opposing counsel. | .30 |
| 09/18/17 | SNS | Conference with C. Clark regarding discovery status. | .20 |
| 09/18/17 | CCC | Conference with S. Schreiber regarding discovery status. | .20 |
| 09/19/17 | CCC | Prepare discovery log of produced documents (2.0); edit and finalize demand letter for production of documents to K. Benjamin (0.5). | 2.50 |
| 09/19/17 | CCC | Send email communication to client regarding demand letter to K. Benjamin regarding production of documents. | .10 |
| 09/22/17 | SNS | Review transcript and conference with C. Clark regarding sanctions and discovery. | .40 |
| 09/22/17 | CCC | Review proceeding transcript of motion for sanctions against A. Everest and K. Benjamin for deposition conduct. | .30 |
| 09/22/17 | CCC | Prepare notices of continued deposition of O. Arora. | .70 |
| 09/22/17 | CCC | Prepare notices of continued deposition of U. Arora. | .20 |
| 09/22/17 | CCC | Conference with S. Schreiber regarding sanctions and discovery. | .20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  15

| | | | |
|---|---|---|---|
| 10/02/17 | SNS | Conference with C. Clark regarding transcript and payment of outstanding fees. | .10 |
| 10/02/17 | CCC | Conference with S. Schreiber regarding transcripts and payment of costs. | .10 |
| 10/04/17 | CCC | Prepare email to debtors' counsel regarding compliance with subpoenas. | .30 |
| 10/04/17 | CCC | Prepare letter to K. Benjamin regarding non-response to requests for documents. | .30 |
| 10/04/17 | CCC | Confer with S. Schreiber regarding strategy for debtors' document production. | .20 |
| 10/06/17 | SNS | Review motions to extend (0.2); conference with C. Clark regarding response and out to proceed with discovery (0.5). | .70 |
| 10/06/17 | SNS | Conference with C. Clark regarding discovery. | .80 |
| 10/06/17 | CCC | Review motions for extension of time to file response. | .40 |
| 10/06/17 | CCC | Conference regarding motions for extension to file response, sanctions motion, and contempt motion. | .50 |
| 10/06/17 | CCC | Request permission for telephonic appearance at motion for extension of time to file responses. | .30 |
| 10/06/17 | CCC | Evaluate discovery issues, need for motion to compel compliance with subpoena, and determine strategic approach. | 1.00 |
| 10/11/17 | SNS | Conference with C. Clark regarding today's hearing in preparation of statement of services. | .30 |
| 10/11/17 | CCC | Prepare for hearing on motion to extend deadline for response to sanctions motion. | .80 |
| 10/12/17 | CCC | Make appearance at presentment hearing on motions to extend deadline for filing response to sanctions motion. | .80 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page 16

| Date | | Description | Hours |
|---|---|---|---|
| 10/12/17 | CCC | Prepare statement of fees and costs in connection with sanctions motion. | 1.70 |
| 10/13/17 | CCC | Prepare statement of fees and costs. | .90 |
| 10/17/17 | SNS | Assisting C. Clark with deposition preparation. | .10 |
| 10/17/17 | CCC | Prepare for continued deposition of O. Arora. | 1.30 |
| 10/17/17 | CCC | Take continued deposition of O. Arora. | 1.50 |
| 10/17/17 | CCC | Conference with S. Schreiber regarding depositions and related case issues. | .20 |
| 10/17/17 | CCC | Prepare for continued deposition of U. Arora. | 1.00 |
| 10/17/17 | CCC | Prepare statement of fees and costs. | 1.50 |
| 10/17/17 | CCC | Review emails from debtors' counsel regarding production of documents. | .40 |
| 10/18/17 | SNS | Conference with C. Clark regarding deposition and U. Arora's two different mortgages. | .40 |
| 10/18/17 | SNS | Telephone conference with A. Everest regarding possible settlement. | .50 |
| 10/18/17 | CCC | Take continued depositions of O. Arora and U. Arora. | 2.90 |
| 10/18/17 | CCC | Conference with S. Schreiber regarding depositions and evaluation of case with discussion regarding next steps. | .40 |
| 10/18/17 | CCC | Prepare statement of fees and costs. | 1.30 |
| 10/18/17 | CCC | Conference with counsel for defendant regarding status of case and explore possibility of consensual resolution. | .40 |
| 10/18/17 | CCC | Review of additional produced documents relating to sale of debtors' properties, and valuation of debtors' residence. | 1.00 |
| 10/19/17 | SNS | Review fee statement. | .20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  17

| | | |
|---|---|---|
| 10/19/17 CCC | Research whether objection to claim must accompany existing adversary proceeding. | .50 |
| 10/19/17 CCC | Prepare email to client regarding status of case and communications with opposing counsel. | .90 |
| 10/19/17 CCC | Review and revise statement of fees and costs. | .30 |
| 10/19/17 CCC | Telephone call with client regarding proposed objection to claim and discussion of claim subordination. | .10 |
| 10/20/17 SNS | Conference with C. Clark regarding objection to U.S. Bank's claim and subordination claim (0.3); correspondence to D. Leibowitz regarding same (0.2). | .50 |
| 10/20/17 CCC | Review transcript from hearing on motion for extensions; send same to client. | .30 |
| 10/20/17 CCC | Discuss preparation of objection to claim of T. Arora with S. Schreiber. | .20 |
| 11/02/17 CCC | Review settlement communications from debtors' counsel. | .40 |
| 11/02/17 CCC | Review and respond to email from client regarding settlement communications from debtors. | .20 |
| 11/03/17 SNS | Review settlement offer (0.1); compare description of property and necessary remediation to bankruptcy schedules (0.2); two teleconferences with D. Leibowitz regarding restructuring settlement offer and response (0.2); correspondence to C. Clark regarding same (0.1); review appraisals (0.4). | 1.00 |
| 11/03/17 CCC | Review email communication from S. Schreiber with evaluation and analysis of settlement offer from debtors. | .20 |
| 11/03/17 CCC | Review email communication from client regarding response to settlement offer from debtors. | .10 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  18

| | | | |
|---|---|---|---|
| 11/03/17 | CCC | Review revised settlement communication from debtors. | .40 |
| 11/03/17 | CCC | Review email from client regarding liquidation analysis. | .10 |
| 11/06/17 | SNS | Review and revise response to settlement offer. | .60 |
| 11/06/17 | CCC | Prepare response to offer of settlement (1.8); discuss same with S. Schreiber (.4). | 2.20 |
| 11/07/17 | SNS | Review final version of settlement agreement. | .10 |
| 11/08/17 | CCC | Review and revise settlement counter-offer (0.7); discuss same with client (0.2). | .90 |
| 11/09/17 | CCC | Discuss sanctions motion and statement of fees and costs with S. Schreiber in preparation for hearing. | .20 |
| 11/14/17 | CCC | Exchange email communications with K. Benjamin regarding settlement communications. | .20 |
| 11/16/17 | SNS | Telephone conference with C. Clark regarding hearing on ruling on fees. | .10 |
| 11/16/17 | CCC | Prepare for final hearing on sanctions motion. | .80 |
| 11/16/17 | CCC | Exchange emails with client regarding final hearing on fees. | .40 |
| 11/16/17 | CCC | Attend final hearing on sanctions motion and award of fees. | 1.50 |
| 11/16/17 | CCC | Send email to K. Benjamin regarding settlement discussions. | .10 |
| 11/16/17 | CCC | Confer with S. Schreiber regarding final hearing on sanctions motion and fees award. | .20 |
| 11/17/17 | SNS | Conference with C. Clark regarding litigation strategy and discovery issues. | .50 |
| 11/20/17 | CCC | Prepare draft order regarding sanctions. | .60 |
| 11/21/17 | SNS | Review correspondence from C. Clark regarding sanctions order; revise same. | .20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  19

| 11/21/17 | CCC | Send email to counsel for debtors regarding production of documents. | .50 |
| 11/21/17 | CCC | Revise sanctions order; and circulate to client for approval. | .20 |
| 11/21/17 | CCC | Prepare email to circulate proposed order to opposing counsel | .20 |
| 11/21/17 | CCC | Review and respond to inquiry from bank counsel regarding sanctions motion. | .10 |
| 11/27/17 | CCC | Review correspondence from K. Benjamin regarding draft sanctions order. | .20 |
| 11/28/17 | SNS | Conference with C. Clark regarding discovery status and strategy. | .40 |
| 11/28/17 | CCC | Review and revise proposed sanctions order (0.3); respond to email from debtors' counsel regarding document production (0.2). | .50 |
| 11/28/17 | CCC | Telephone call with client regarding discovery issues. | .20 |
| 11/28/17 | CCC | Develop case strategy and approach for trial. | .80 |
| 11/30/17 | SNS | Review and revise sanctions order (0.2); review correspondence from A. Everest regarding his objections (0.2). | .40 |
| 11/30/17 | CCC | Send follow up email to opposing counsel regarding proposed sanctions order. | .10 |
| 11/30/17 | CCC | Prepare letter to chambers regarding proposed order. | .70 |
| 11/30/17 | CCC | Telephone call with defendant's counsel regarding proposed order. | .10 |
| 11/30/17 | CCC | Incorporate suggested revisions to proposed sanctions order. | .70 |
| 11/30/17 | CCC | Call debtor's counsel to obtain approval of proposed order (0.1); review email response from K. Benjamin regarding further requests for revisions to the proposed order (0.5). | .60 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  20

| | | | |
|---|---|---|---|
| 12/06/17 | CCC | Prepare balance sheet for insolvency analysis. | .70 |
| 12/07/17 | CCC | Prepare for hearing regarding entry of sanctions order and status of case. | .50 |
| 12/07/17 | CCC | Attend hearing regarding entry of sanctions order and status of case. | 1.20 |
| 12/07/17 | CCC | Meeting with client to discuss litigation strategy. | .40 |
| 12/07/17 | CCC | Conference with S. Schreiber to discuss hearing regarding entry of sanctions order and case status. | .20 |
| 12/08/17 | CCC | Review order awarding sanctions against debtors' and defendant's counsel. | .10 |
| 12/19/17 | CCC | Review case documents in preparation for pre-trial filings and trial. | 2.30 |
| 12/20/17 | SNS | Conference with C. Clark regarding trial prep, proving insolvency, exemptions taken by debtors, and value of house. | 1.00 |
| 12/20/17 | CCC | Conference with S. Schreiber on trial preparation. | .80 |
| 12/21/17 | CCC | Prepare email regarding insolvency analysis to client. | .70 |
| 12/21/17 | CCC | Review emails from client regarding debtors' asset evaluation and supporting documentation. | .80 |
| 12/27/17 | SNS | Conference with C. Clark regarding establishing insolvency. | .50 |
| 12/27/17 | CCC | Review appellate documents. | .80 |
| 12/27/17 | CCC | Conference with S. Schreiber regarding appeal and motion for reconsideration. | .40 |
| 12/27/17 | CCC | Review evidence to perform insolvency analysis. | 1.20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  21

| | | | |
|---|---|---|---:|
| 12/28/17 | CCC | Discuss case with S. Schreiber; send email to client. | .20 |
| 12/29/17 | CCC | Review motion to alter, amend, or vacate sanctions order (0.4); research applicable authority (0.9). | 1.40 |
| 12/29/17 | CCC | Review and evaluate evidence to prove element of insolvency. | 2.20 |
| 12/29/17 | CCC | Review and evaluate evidence to proof intent to defraud creditors. | .40 |
| 01/02/18 | CCC | Review and respond to email from client regarding meeting. | .20 |
| 01/02/18 | CCC | Revise insolvency analysis and prepare note to file regarding insolvency discussion points. | .60 |
| 01/03/18 | SNS | Prepare for court and attend client meeting (0.4); review liquidation analysis (0.4). | .80 |
| 01/03/18 | CCC | Prepare for client meeting (0.4); attend client meeting regarding litigation (0.5). | .90 |
| 01/08/18 | CCC | Review draft letter to K. Benjamin regarding evaluation of estate claims. | .80 |
| 01/08/18 | CCC | Review and respond to email from client regarding draft letter to K. Benjamin regarding evaluation of estate claims. | .20 |
| 01/18/18 | SNS | Office conference with C. Clark regarding status hearing. | .30 |
| 01/18/18 | CCC | Prepare for hearing on motion to amend alter judgment filed by K. Benjamin. | .30 |
| 01/18/18 | CCC | Attend hearing on motion to amend alter judgment filed by K. Benjamin. | 1.00 |
| 01/19/18 | SNS | Review docket (0.1); office conference with C. Clark regarding payment (0.1). | .20 |
| 01/21/18 | SNS | Office conference with C. Clark regarding rule for additional cause for failure to comply with court order. | .20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  22

| | | | |
|---|---|---|---|
| 01/22/18 | CCC | Send email to counsel regarding payment of sanctions. | .10 |
| 01/22/18 | CCC | Research remedies for enforcement of sanctions order. | .90 |
| 01/23/18 | CCC | Review appeal docket for filings related to appellant's transmission of record on appeal. | .10 |
| 01/29/18 | CCC | Review legal authority relating to finality of sanctions order. | 1.40 |
| 01/30/18 | CCC | Attend status hearing on sanctions award appeal. | 1.50 |
| 01/30/18 | CCC | Send email to client regarding status hearing regarding appeal of sanctions award. | .20 |
| 01/30/18 | CCC | Send communication to opposing counsel regarding status hearing relating to sanctions award appeal with court's advisement. | .30 |
| 02/05/18 | CCC | Review notice of appeal filed by K. Benjamin and related docket activities. | .20 |
| 02/05/18 | CCC | Review and respond to email from client regarding motion to dismiss Benjamin appeal of sanctions order. | .20 |
| 02/08/18 | CCC | Attend status hearing regarding entry of scheduling order. | 1.00 |
| 02/12/18 | SNS | Office conference with C. Clark regarding trial. | .30 |
| 02/12/18 | CCC | Review trial order; and related docket entries for pre-trial and trial deadlines. | .40 |
| 02/14/18 | CCC | Attend hearing on sanctions appeal. | 1.50 |
| 02/15/18 | CCC | Prepare motion to reassign to reassign related case. | .30 |
| 02/16/18 | PJL | Conference with C. Clark regarding status, litigation strategy, and review of insolvency evidence. | .80 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  23

| | | | |
|---|---|---|---|
| 02/16/18 | CCC | Prepare motion to reassign related case. | 1.20 |
| 02/16/18 | CCC | Meeting with P. Leichtling to discuss case transition and status. | .50 |
| 02/19/18 | CCC | Prepare notice of motion to reassign related case. | .40 |
| 02/20/18 | CCC | Prepare proposed order regarding reassignment of related case. | .40 |
| 02/24/18 | SNS | Review motion to retain real estate broker. | .10 |
| 02/27/18 | PJL | Revisions to motion to reassignment of related cases. | .40 |
| 03/01/18 | SNS | Review bankruptcy schedules and pleadings to establish insolvency issues. | 1.00 |
| 03/05/18 | SNS | Telephone conference with D. Leibowitz regarding strategy and motion for summary judgment. | .30 |
| 03/05/18 | SNS | Review 2004 motion and pleadings regarding claim objection (0.5); lengthy telephone conference with J. Monberg regarding history, allowance of claim, objection to claim (0.6); review court docket for prior order (0.1). | 1.20 |
| 03/09/18 | SNS | Review order from district court. | .10 |
| 03/12/18 | SNS | Meeting with P. Leichtling (0.8); prepare and review Rule 56, compare bankruptcy schedules and amendments (1.2). | 2.00 |
| 03/12/18 | PJL | Conference with S. Schreiber strategizing legal arguments for motion for summary judgment. | .80 |
| 03/13/18 | SNS | Review deposition transcripts and begin outlining Rule 56 statement. | 2.30 |
| 03/14/18 | SNS | Prepare Rule 56 statement. | 4.50 |
| 03/15/18 | SNS | Prepare for and attend status hearing on motion to withdraw. | 1.00 |
| 03/15/18 | PJL | Partial review of T. Arora deposition. | 1.00 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  24

| Date | | | Hours |
|---|---|---|---|
| 03/16/18 | SNS | Work on motion for summary judgment Rule 56 statement. | 5.00 |
| 03/19/18 | PJL | Completed review of deposition transcript of T. Arora. | .80 |
| 03/21/18 | SNS | Prepare for and attend status hearing on appeal at district court (?.?); correspondence with D. Leibowitz (?.?). | 1.80 |
| 03/23/18 | SNS | Correspondence with P. Leichtling regarding motion for summary judgment on preferential transfer. | .30 |
| 03/23/18 | PJL | Draft memorandum of law in support of motion for summary judgment including legal research. | 9.20 |
| 03/26/18 | PJL | Draft and revision of memorandum of law in support of motion for summary judgment and revisions to affidavit of D. Leibowitz. | 2.70 |
| 03/28/18 | PJL | Revisions to memorandum of law in support of motion for summary judgment, affidavit of Leibowitz, and statement of facts, including research for case law as to whether an order denying an objection to claim is final and appealable. | 1.80 |
| 03/29/18 | SNS | Work on motion for summary judgment and revise same. | 3.50 |
| 04/04/18 | SNS | Work on motion for summary judgment. | .70 |
| 04/06/18 | SNS | Revise motion for summary judgment; memorandum for all and support thereof and trustee's affidavit. | 2.00 |
| 04/10/18 | SNS | Finish work on motion for summary judgment and related documents. | .80 |
| 04/17/18 | PJL | Revise motion for summary judgment, all associated pleadings, statement of facts, and work related to supporting exhibits (?.?); communications with trustee regarding signing affidavit (?.?). | 1.60 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page 25

| Date | Init | Description | Hours |
|---|---|---|---|
| 04/18/18 | PJL | Revise pleadings for proper citations to exhibits and telephone call with trustee's office for additional information. | 1.40 |
| 04/19/18 | PJL | Proofreading citations. | .40 |
| 04/20/18 | PJL | Telephone conference with Jeff regarding Rule 2004 examination hearing and D. Leibowitz motion for summary judgment. | .60 |
| 04/24/18 | SNS | Review objection to sale (0.2); motion for summary judgment (0.3); response to appeal in supreme court case (0.6) | 1.10 |
| 04/25/18 | SNS | Telephone conference with D. Leibowitz regarding status (0.2); telephone conference with J. Monberg regarding 2004 examination and loss share agreement (0.6); review pleadings for Thursday's hearing (0.4). | 1.20 |
| 04/26/18 | SNS | Prepare for and attend hearing on motion for summary judgment. | 1.50 |
| 05/03/18 | SNS | Review appeal docket. | .30 |
| 05/15/18 | SNS | Review appellants' statement in support of jurisdiction, review relevant cases, and outline response. | 3.00 |
| 05/18/18 | SNS | Revise response to appellants' standing pleading. | 1.80 |
| 05/21/18 | SNS | Finalize response to jurisdictional memorandum in district court appeal. | 1.00 |
| 06/04/18 | SNS | Review docket regarding response to preference motion for summary judgment in appeal cases. | .20 |
| 06/06/18 | SNS | Review documents to prepare for June 7, 2018 hearing in district court. | 1.30 |
| 06/07/18 | SNS | Prepare for and attend hearing in district court; correspondence to clients. | 1.50 |
| 06/20/18 | SNS | Correspondence with D. Leibowitz regarding motion for summary judgment. | .20 |

# CLARK HILL P.L.C.

David P. Leibowitz
Leibowitz v. Arora
August 30, 2018
INVOICE # ******
Page  26

07/06/18 SNS Correspondence with D. Leibowitz regarding          .20
             settlement offer (0.1); review settlement offer
             (0.1).

07/10/18 SNS Review settlement offer and correspondence          .50
             (0.3); telephone conference with client
             regarding settlement and strategies (0.2).

07/13/18 SNS Correspondence with client regarding status         .10
             of settlement discussions.

07/19/18 SNS Prepare for and attend hearing on motion for       1.70
             summary judgment; telephone conference with
             client and review of orders.


                                                    $127,079.00


                    TIMEKEEPER SUMMARY


| SNS | Scott N. Schreiber | 3.70 hours at | $0.00 = | $0.00 |
|-----|--------------------|--------------|---------|-------|
| SNS | Scott N. Schreiber | 5.60 hours at | $550.00 = | $3,080.00 |
| SNS | Scott N. Schreiber | 39.60 hours at | $560.00 = | $22,176.00 |
| SNS | Scott N. Schreiber | 44.00 hours at | $580.00 = | $25,520.00 |
| PJL | Pamela J. Leichtling | 21.50 hours at | $385.00 = | $8,277.50 |
| CCC | Candace Clark | 2.30 hours at | $365.00 = | $839.50 |
| CCC | Candace Clark | 162.30 hours at | $385.00 = | $62,485.50 |
| CCC | Candace Clark | 11.90 hours at | $395.00 = | $4,700.50 |

## CERTIFICATE OF SERVICE

Scott N. Schreiber, being first duly sworn on oath, deposes and states that he served a copy of the foregoing **Notice of Motion** together with a copy of the **First and Final Fee Application of Trustee's Special Counsel**, attached hereto *via* CM/ECF and First Class U.S. Mail directed to the persons shown on the attached Service List on October 25, 2018.

/s/ Scott N. Schreiber

Label Matrix for local noticing
0752-1
Case 15-40853
Northern District of Illinois
Chicago
Thu Oct 25 15:02:53 CDT 2018

Redfin Corporation
114 Girard Ave
Wilmette, IL 60091-3444

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

AMERICAN EXPRESS BANK, FSB
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN, PA 19355-0701

Amex Dsnb
9111 Duke Blvd
Mason, OH 45040-8999

Amex/Beckett & Lee LLC
Po Box 297871
Fort Lauderdale, FL 33329-7871

Amex/Beckett & Lee LLC
Po Box 3001
16 General Warren Blvd
Malvern, PA 19355-1245

Andrew Everest, Esq.
The Everest Firm
2035 W. Charleston, Suite 305
Chicago, IL 60647-4583

Bank Of America
1800 Tapo Canyon Rd
Simi Valley, CA 93063-6712

Bank Of America
Correspondence FL-1-908-01-49
Po Box 31785
Tampa, FL 33631-3785

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bernadine S. Moss
2301 W. Rosemont Avenue
Chicago, IL 60659-2249

Cap One
Po Box 5253
Carol Stream, IL 60197-5253

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Chase Card Services
201 N. Walnut St//De1-1027
Wilmington, DE 19801-2920

Chase Card Services
Po Box 15298
Wilmington, DE 19850-5298

Chase/circuitcity
Po Box 15298
Wilmington, DE 19850-5298

Citibank
Citicorp Credt Srvs/Central BK
Po Box 790040
Saint Louis, MO 63179-0040

Citibank
Po Box 6241
Sioux Falls, SD 57117-6241

Citibank / Sears
Citicorp Credit Srvs/Attn: Central
Po Box 790040
Saint Louis, MO 63179-0040

Citibank / Sears
Citicorp Credit Srvs/Central BK
Po Box 790040
Saint Louis, MO 63179-0040

Citibank / Sears
Po Box 6189
Sioux Falls, SD 57117-6189

Citibank / Sears
Po Box 6283
Sioux Falls, SD 57117-6283

Citibank/The Home Depot
Citicorp Credit Srvs/Central BK
Po Box 790040
Saint Louis, MO 63179-0040

Citibank/The Home Depot
Po Box 6497
Sioux Falls, SD 57117-6497

City of Chicago
Corporation Counsel
30 N. LaSalle Street, Suite 800
Chicago, IL 60602-3542

Comenity Bank/Carsons
3100 Easton Square Pl
Columbus, OH 43219-6232

Comenity Bank/Carsons
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Lane Bryant
Po Box 182125
Columbus, OH 43218-2125

Comenity Bank/Lane Bryant
Po Box 182789
Columbus, OH 43218-2789

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Dsnb Bloomingdales
9111 Duke Blvd
Mason, OH 45040-8999

Dsnb Bloomingdales
Macy's Bankruptcy Dept.
Po Box 8053
Mason, OH 45040-8053

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Dsnb Macys
Macys Bankruptcy Department
Po Box 8053
Mason, OH 45040-8053

Eric Janssen
Reciever
932 W. Grace Street
Chicago, IL 60613-3909

Federal Deposit Insurance Corp
300 South Riverside Plaza
Suite 1700
Chicago, IL 60606-6615

(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

Fifth Third Bank
5050 Kingsley Dr
Cincinnati, OH 45227-1115

Fifth Third Bank
Fifth Third Bank BK Department
1830 E Paris Ave Se
Grand Rapids, MI 49546-8803

Fifth Third Mortgage Company
5001 Kingsley Drive, 1MOBBW
Cincinnati, OH 45227-1114

Hsbc/carsn
Attention: HSBC Retail Services
Po Box 5264
Carol Stream, IL 60197-5264

Hsbc/carsn
Po Box 5253
Carol Stream, IL 60197-5253

Illinois Department of Revenue
Bankruptcy Section
POB 64338
Chicago, IL 60664-0291

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Centralized Insolvency Operation
POB 7317
Philadelphia, PA 19101-7317

Issac Ramsen & Associates
7636 N. Rogers
Chicago, IL 60626-1214

Jude S. Das
2301 W. Rosemont Avenue
Chicago, IL 60659-2249

Kelly Lindstrom
John Marshall Law School Pro Bono
315 S. Plymouth Court, Suite 1155
Chicago, IL 60604-3968

Kohls/Capital One
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051-5660

Kohls/Capital One
Po Box 9500
Wilks-Barr, PA 18773-9500

Law Office of Natasha Bukorovic
Attn: Natasha Bukorovic
5057 N. Harlem Avenue
Chicago, IL 60656-3501

N. Neville Reid, as CH 7 Trustee
Fox, Swibel, Levin & Carroll, LLP
200 W. Madison Street, Suite 3000
Chicago, IL 60606-3417

NTA Properties, LLC
2546 W. Devon Avenue
Chicago, IL 60659-1810

NTA Properties, LLC
Attn: Om Arora & Umila Arora
9046 Samoset Trail
Skokie, IL 60076-1916

NTA Property Management, LLC
650 S. Broadway Street
Middleville, MI 49333-8224

Natasha B. Bukorovic, Esq.
Law Office of Natasha B. Makedonski
5057 N. Harlem Avenue
Chicago, IL 60656-3501

Natasha B. Makedonski
Law Office of Natasha B. Makedonski
5057 N. Harlem Avenue
Chicago, IL 60656-3501

National Bankers Association
1513 P. Street, NW
Washington, DC 20005-1909

Park National Bank
50 North Third Street
Post Office Box 3500
Newark, OH 43058-3500


Quarles & Brady, LLC
300 N. LaSalle Street
Suite 400
Chicago, IL 60654-5427

Steven B. Pearlman
Steven B. Pearlman & Associates
350 W. Hubbard Street, Suite 630
Chicago, IL 60654-6937

Steven R. Radtke
Chill, Chill & Radtke, PC.
79 W. Monroe Street, Suite 1305
Chicago, IL 60603-4925


Synchrony Bank/ JC Penneys
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076-9104

Synchrony Bank/ JC Penneys
Po Box 965007
Orlando, FL 32896-5007

Synchrony Bank/Lord & Taylor
4125 Windward Plaza
Alpharetta, GA 30005-8738


Synchrony Bank/Lord & Taylor
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076-9104

Team Legal Chicago, LLC
Attention: Natasha Bukorovic
7354 N. Milwaukee Avenue
Niles, IL 60714-4339

Team Legal Chicago, LLC
Attention: Natasha Makedonski
7354 N. Milwaukee Avenue
Niles, IL 60714-4339


Team Legal Chicago, LLC
Attention:  Tom Makedonski
7354 N. Milwaukee Avenue
Niles, IL 60714-4339

Tina Arora
625 Silverstone Drive
Carpentersville, IL 60110-1181

Tom Makendonski
Law Office of Tom Makedonski
5057 N. Harlem
Chicago, IL 60656-3501


Tom Makendonski
Law Office of Tom Makedonski
720 Plainfield Rd
Willowbrook, IL 60527-5318

Tom Makendonski
Law Office of Tom Makedonski
7354 N. Milwuakee
Niles, IL 60714-4339

U.S. Bank National Association
Jeffrey M Monberg, Quarels & Brady LLP
300 N LaSalle St Ste. 4000
Chicago IL 60654-3422


(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

US Bank National Association
P.O. Box 790408
Saint Louis, MO 63199-0408

David P Leibowitz ESQ
Lakelaw
53 West Jackson Boulevard
Suite 1115
Chicago, IL 60604-3566


J Kevin Benjamin Esq.
Benjamin & Brand LLP
1016 W. Jackson Boulevard
Chicago, IL 60607-2914

Om P. Arora
9046 Samoset Trail
Skokie, IL 60076-1916

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027


Theresa S. Benjamin  Esq.
Benjamin * Brand, LLP
1016 W. Jackson Boulevard
Chicago, IL 60607-2914

Urmila Arora
9046 Samoset Trail
Skokie, IL 60076-1916


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank Of America
Po Box 982235
El Paso, TX 79998

(d)Bank Of America
Po Box 982236
El Paso, TX 79998

Capital One
15000 Capital One Dr
Richmond, VA 23238


Discover Financial
Po Box 15316
Wilmington, DE 19850

Fifth Third Bank
38 Fountain Square Plaza
Cincinnati, OH 45263-0001

US Bank
200 Gibraltar Rd
Horsham, PA 19044


(d)US Bank
POB 6335
Fargo, ND 58125-6335


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Clark Hill PLC

(u)FIFTH THIRD MORTGAGE COMPANY

(u)U.S. Bank National Association


(d)American Express Bank FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(d)American Express Bank, FSB
c/o Becket and Lee LLP
PO Box 3001
Malvern  PA 19355-0701

(u)Nathan Freeborn


(u)Scott Schreiber

(d)Tina Arora
625 Silverstone Drive
Carpentersville, IL 60110-1181

End of Label Matrix
Mailable recipients    85
Bypassed recipients     8
Total                  93